**Harry James LOGAN, Appellant, v. James A. JOHNSTON, Warden U. S. Penitentiary, Alcatraz Island, California, Appellee.**

No. 9307.

Circuit Court of Appeals, Ninth Circuit.
Jan. 19, 1940.

Raymond J. O'Connor, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and A. J. Zirpoli, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this

cause, D.C., 28 F.Supp. 98, be dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.